8961/PMD
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant H.J.M. International, Inc.
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PL SHIPPING & LOGISTICS LTD.<br><br>      Plaintiff,<br><br>    v.<br><br>H.J.M. INTERNATIONAL, INC. and BANK OF AMERICA and AFFORDABLE LUXURY RYAN KENNY<br><br>      Defendants. | ECF CASE<br><br>Docket No.: 07 CV 2818 (Judge Stein)<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure for the Southern District of New York and to enable judge and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **DEFENDANT H.J.M. INTERNATIONAL, INC.,** certifies that upon information and belief that **DEFENDANTS H.J.M. INTERNATIONAL, INC.** has no corporate parents, subsidiaries, or affiliates which are publicly held.

Dated: New York, New York
    June 25, 2007

                CICHANOWICZ, CALLAN, KEANE,
                VENGROW & TEXTOR, LLP
                Attorneys for Defendant H.J.M. International, Inc.

                By: / s / Patrick Michael DeCharles, II
                  Patrick Michael DeCharles, II (PMD/9984)
                61 Broadway, Suite 3000
                New York, New York, 10006
                (212) 344-7042