8961/SHV

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant H.J.M. International, Inc.
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PL SHIPPING & LOGISTICS LTD.<br><br>       Plaintiff,<br><br>    v.<br><br>H.J.M. INTERNATIONAL, INC. and BANK OF AMERICA and AFFORDABLE LUXURY RYAN KENNY<br><br>       Defendants. | ECF CASE<br><br>07 CV 2818 (SHS)<br><br>H.J.M. INTERNATIONAL, INC'S ANSWER TO THE CROSSCLAIM OF BANK OF AMERICA |

Defendant H.J.M. International, Inc. (hereinafter referred to as "H.J.M") through its attorneys Cichanowicz, Callan, Keane, Vengrow & Textor, LLP in response to Co-Defendant Bank of America's (BOA) Cross-Claim against H.J.M. answers as follows:

**IN RESPONSE TO THE FIRST CROSSCLAIM**

1. Denies each and every allegation contained in Paragraph 34 of BOA's Answer and H.J.M. repeats, reiterates and realleges each and every crossclaim asserted by H.J.M. against BOA in this action as set forth in H.J.M.'s pleading with the same force and effect as if herein set forth at length.

- 2 -

**IN RESPONSE TO THE SECOND CROSSCLAIM**

2.    Denies each and every allegation contained in Paragraph 35 of BOA's Answer and H.J.M. repeats, reiterates and realleges each and every crossclaim asserted by H.J.M. against BOA in this action as set forth in H.J.M.'s pleading with the same force and effect as if herein set forth at length.

**IN RESPONSE TO THE THIRD CROSSCLAIM**

3.    Denies each and every allegation contained in Paragraph 36 of BOA's Answer and H.J.M. repeats, reiterates and realleges each and every crossclaim asserted by H.J.M. against BOA in this action as set forth in H.J.M.'s pleading with the same force and effect as if herein set forth at length.

**IN RESPONSE TO THE FOURTH CROSSCLAIM**

4.    Denies each and every allegation contained in Paragraph 37 of BOA's Answer and H.J.M. repeats, reiterates and realleges each and every crossclaim asserted by H.J.M. against BOA in this action as set forth in H.J.M.'s pleading with the same force and effect as if herein set forth at length.

**IN RESPONSE TO THE FIFTH CROSSCLAIM**

5.    Denies each and every allegation contained in Paragraph 38 of BOA's Answer and H.J.M. repeats, reiterates and realleges each and every crossclaim asserted by H.J.M. against BOA in this action as set forth in H.J.M.'s pleading with the same force and effect as if herein set forth at length.

**WHEREFORE,** Defendant H.J.M. respectfully requests an Order dismissing each and every Crossclaim of Bank of America together with cost, reasonable attorney's fees, and further relief the Court may seem just and proper.

Dated: New York, New York
       June 29, 2007

                          CICHANOWICZ, CALLAN, KEANE,
                          VENGROW & TEXTOR, LLP
                          Attorneys for Defendant H.J.M. International, Inc.

                          By: / s / Patrick Michael DeCharles, II
                                Patrick Michael DeCharles, II (PMD/9984)
                          61 Broadway, Suite 3000
                          New York, New York, 10006
                          (212) 344-7042

To:    Eugene J. McDonald, Esq.
        Attorney for PL Shipping & Logistics Ltd.
        170 Broad Street
        Matawan, NJ 07747
        (732) 483-8485

        Constantine A. Despotakis, Esq.
        Wilson, Elser, Moskowitz, Edelman & Dicker LLP
        3 Gannett Drive
        White Plains, New York 10604
        Attorneys for Defendant Bank of America, N.A.

<u>CERTIFICATE OF SERVICE BY ECF AND BY REGULAR U.S. MAIL</u>

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On June 29, 2007, I served a complete copy of **Defendant H.J.M.'S Answer to Defendant Bank of America's CrossClaim** by ECF to the following attorney at his ECF registered address and by regular U.S. mail at the following address:

TO:  Eugene J. McDonald, Esq.
    Attorney for PL Shipping & Logistics Ltd.
    170 Broad Street
    Matawan, New Jersey 07747
    (732) 483-8485

    Constantine A. Despotakis, Es
    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
    3 Garnett Drive
    White Plains, New York 10604
    Attorneys for Defendant Bank of America, N.A.


                                    _/s / Patrick Michael DeCharles, II_
                                      Patrick Michael DeCharles, II (PMD/9984

DATED:   June 29, 2007
         New York, New York

- 4 -