002130

## HOUSE AIR WAYBILL

002130

| | |
|---|---|
| **Shipper's Name & Address**<br>M/S.RAJPRIYA EXPORTS<br>NO.2.J.G.NAGAR 1st STREET<br>TIRUPUR-641 502<br>INDIA.    Shipper's Account Number | Not Negotiable AIR WAYBILL issued by :<br>**PL SHIPPING & LOGISTICS LTD.**<br>37, Dr.P.V. Cherian Crescent, Egmore, Chennai - 600 008. India.<br>Tel. :+91 - 44 - 2527 1201 / 2524 2703  Fax : + 91 - 44 - 2527 1147<br>IATA CARGO AGENT |
| **Consignee's Name & Address**<br>BANK OF AMERICA<br>C/O. RICK MILLAR<br>8755 ROSWELL ROAD.<br>ATLANTA, GA 30350<br>U.S.A.    Consignee's Account Number | Copies 1,2 and 3 of this Air Waybill are originals and have the same validity<br><br>It is agreed that the goods described herein are accepted in apparent good order and condition, (Except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIERS LIMITATIONS OF LIABILITY. Shipper may increase such limitations of liability by declaring a higher value for carriage and paying a supplemental charge if required. |

| Routing Carrier's Agent's Name & City | IATA Carrier | Master AWB No. |
|---|---|---|
| **PL SHIPPING & LOGISTICS LTD.**<br>37, Dr.P.V. Cherian Crescent, Egmore, Chennai - 600 008. India.<br>Tel. :+91 - 44 - 2527 1201 / 2524 2703  Fax : + 91 - 44 - 2527 1147 | EK | 176-3654 2052 |

| Agent's IATA Code | Account No. | Accounting Information |
|---|---|---|
| 14-3-6019 | | FREIGHT PREPAID |

| Airport of Departure (Addr. Of First Carrier) and Requested Routing |
|---|
| CHENNAI:INDIA |

| To | By First Carrier | Routing & Destination | To | By | To | By | Currency | CHGS Code | WT/VAL | | Other | | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DXB | EK | | NYC | EK | | | INR | | PPD COLL | | PPD COLL | | NVD | |

| Airport of Destination | Flight/Date | | Flight/Date | Amount of Insurance | INSURANCE - If carrier offers insurance and such insurance is requested in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked 'Amount of Insurance' |
|---|---|---|---|---|---|
| NEW YORK | | | | | |

| Handling Information |
|---|
| (53) CTNS MARKED:PO.NO: STYLE NO: COLOUR QNTY SIZE CTN NOS:1 to 53.<br>ONE COVER ENCLOSED CONTG INVOICE PACKING LIST. |

| No. of Pieces RCP | Gross Weight | Kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 53 | 726.0 | K Q | | 750.0 | AS AGREED | | 100% COTTON KNITTED GARMENTS & MENS FLEECE GARMENTS MENS T.SHIRT,JACKET,PANT.<br>PO#1039,1040,1041,1042,1043 1038.<br>INV NO:RE/104<br>DATED :14.10.2006<br>SB NO:<br>DIMNS INCMS<br>58x41x30 = 30 CTNS<br>61x41x41 = 23 CTNS |
| | NOTIFY:<br>RYAN KENNY<br>1407,BROADWAY SUITE 1006<br>NEW YORK<br>NY 10018<br>U.S.A. | | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| AS AGREED | | | |
| | Valuation Charge | | |
| | Tax | | |
| | Total Other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| | Total Other Charges Due Carrier | | PL SHIPPING & LOGISTICS LTD., CHENNAI-08<br>Signature of Shipper or his Agent |
| **Total Prepaid**<br>AS AGREED | **Total Collect** | | 27.10.2006<br>Executed on (date) at CHENNAI (place)  Signature of Issuing Carrier or its Agent |
| Currency Conversion Rates | CC Charges in Dest. Currency | | |
| | Charges at Destination | Total Collect Charges | |
| For Carrier's Use only at Destination | | | 002130 |

ORIGINAL - 3 (FOR SHIPPER)

## INVOICE

| Exporter/Manufacturer | Invoice No.& Date |
|---|---|
| RAJPRIYA EXPORTS | RE/104 DATED 14.10.2006 |
| NO.2, J.G.NAGAR 1ST STRERET | Buyer's Order No.& Date |
| TIRUPUR-641 602 | 1039,1040,1041,1042,1043,1038 |
| INDIA | Other Reference : |

| Consignee | Buyer if other than Consignee |
|---|---|
| RYAN KENNY | BANK OF AMERICA |
| 1407, BRODWAY SUITE 1006 | C/O RICK MILLAR |
| NEW YORK | 8755 ROSWELL ROAD |
| NY 10018 | ATLANTA, GA 30350 |
| U.S.A. | PHONE -- 770 --594--6860 |

| Pre Carriage by | Place of Receipt by Pre Carrier | Country of Origin of goods | Country of Final destination |
|---|---|---|---|
| BY TRUCK | | INDIA | U.S.A |

| Vessel/Flight No. | Port of Loadin | Terms of Delivery & Payment |
|---|---|---|
| | CHENNAI/BY AIR | D/P AT SIGHT-DOCUMENTS THROUGH BANK OF |
| Port of Discharge | Final Destination | AMERICA, C/O RICK MILLAR, 8755, ROSWELL ROAD, |
| NEW YORK | U.S.A | ATLANTA, GA 30350, U.S.A. |

| Marks & Nos/ Container No. | No.& kind of Packages | Description of goods | Quantity PIECES | Rate CFR/USD | Amount CFR/USD |
|---|---|---|---|---|---|
| PO.NO. | 53 | **100% COTTON KNITTED** | | | |
| STYLE NO. | FIFTY | **GARMENTS** | | | |
| COLOUR | THREE | | | | |
| QNTY | CRTNS | MENS T.SHIRT-STYLE:C6FK111 | 303 | 5.80 | 1,757.40 |
| SIZE | ONLY | MENS T.SHIRT-STYLE:C6FK102 | 608 | 5.90 | 3,587.20 |
| CTN NOS. | | MENS T.SHIRT-STYLE:C6FK107 | 300 | 8.85 | 2,655.00 |
| 1 TO 53 | | MENS T.SHIRT-STYLE:C6FK112 | 300 | 5.75 | 1,725.00 |
| | | **100% COTTON KNITTED MENS FLEECE GARMENTS** | | | |
| | | MENS JACKET-STYLE:C6FS804 | 230 | 10.55 | 2426.50 |
| | | MENS PANT-STYLE:C6FB101 | 301 | 8.65 | 2603.65 |
| | | **TWO THOUSAND FORTY TWO PIECES ONLY** | 2,042 | | |

| Amount chargeable | US DOLLARS FOURTEEN THOUSAND SEVEN HUNDRED | Total | 14,754.75 |
|---|---|---|---|
| in words | FIVETY FOUR AND SEVENTY FIVE CENTS ONLY | | |

I.E.CODE NO.3292005728
EX.1 USD = INR      46.15

| CFR | USD | 14,754.75 | INR | 680,931.71 |
|---|---|---|---|---|
| FRT | USD | 2101.84 | INR | 97,000.00 |
| FOB | USD | 12,652.91 | INR | 583,931.71 |

Signature & Date

Declaration
We declare that thais invoice shows the actual price of the the goods
described and that all particulars are true and correct

# PACKING LIST - 1

| Exporter/Manufacturer | Invoice No.& Date |
|---|---|
| RAJPRIYA EXPORTS<br>NO.2, J.G.NAGAR 1ST STREET<br>TIRUPUR-641 602<br>INDIA | RE/104 DATED 14.10.2006 |
| | Buyer's Order No.& Date<br>1042 |
| | Other Reference :<br>C8FK107 |

| Consignee | Buyer if other than Consignee |
|---|---|
| RYAN KENNY<br>1407, BRODWAY SUITE 1006<br>NEW YORK<br>NY 10018<br>U.S.A. | |

| Country of Origin | |
|---|---|
| INDIA | U.S.A. |

| Pre Carriage by | Place of Receipt by Pre Carrier |
|---|---|
| BY TRUCK | |
| Vessel/Flight No. | Port of Loading<br>CHENNAI/BY AIR |
| Port of Discharge<br>NEW YORK | Final Destination<br>U.S.A. |

| CTN NOS. | TOTAL CRTNS | COLOUR | SIZE M | SIZE L | SIZE XL | SIZE XXL | SIZE 3X | TOTAL PCS | TOTAL WEIGHT N.WT. KGS | TOTAL WEIGHT G.WT. KGS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | 50 | | | | | 50 | 9.200 | 10.800 |
| 2 | 1 | | | 56 | | | | 56 | 11.000 | 12.600 |
| 3 | 1 | | | | 56 | | | 56 | 11.300 | 12.900 |
| 4 | 1 | GREY HEATHER | | | | 56 | | 56 | 12.000 | 13.600 |
| 5 | 1 | | | 16 | 20 | | 17 | 53 | 9.300 | 10.900 |
| 6 | 1 | | 6 | 9 | 5 | | 9 | 29 | 6.700 | 8.300 |
| TOTAL | 6 | | 56 | 81 | 81 | 56 | 26 | 300 | 59.500 | 69.100 |

ORDER SUMMARY
GREY HEATHER

| | M | L | XL | XXL | 3X | TOT |
|---|---|---|---|---|---|---|
| ORDER QTY | 56 | 81 | 81 | 56 | 26 | 300 |
| PACKED QTY | 56 | 81 | 81 | 56 | 26 | 300 |
| DIFFERENCE | - | - | - | - | - | - |
| % | 100% | 100% | 100% | 100% | 100% | 100% |
| DIFFERENCE IN % | - | - | - | - | - | - |

CONTD... 2

For Rajpriya Exports



Signature & Date

Manager

# PACKING LIST - 2

| Exporter/Manufacturer | Invoice No.& Date |
|---|---|
| RAJPRIYA EXPORTS<br>NO.2, J.G.NAGAR 1ST STREET<br>TIRUPUR-641 602<br>INDIA | RE/104 DATED 14.10.2006 |
| | Buyer's Order No.& Date<br>1039 |
| | Other Reference :<br>C6FB101 |

| Consignee | Buyer if other than Consignee |
|---|---|
| RYAN KENNY<br>1407, BRODWAY SUITE 1006<br>NEW-YORK<br>NY 10018<br>U.S.A. | |

| Country of Origin | |
|---|---|
| INDIA | U.S.A. |

| Pre Carriage by | Place of Receipt by Pre Carrier |
|---|---|
| BY TRUCK | |
| Vessel/Flight No. | Port of Loading<br>CHENNAI/BY AIR |
| Port of Discharge<br>NEW YORK | Final Destination<br>U.S.A. |

| CTN NOS. | TOTAL CRTNS | COLOUR | S I Z E | | | | | TOTAL PCS | TOTAL WEIGHT | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | M | L | XL | XXL | 3X | | N.WT. KGS | G.WT. KGS |
| 7 TO 8 | 2 | | 24 | | | | | 48 | 13.500 | 15.200 |
| 9 TO 11 | 3 | | | 24 | | | | 72 | 42.000 | 47.100 |
| 12 TO 14 | 3 | | | | 24 | | | 72 | 44.400 | 49.500 |
| 15 TO 16 | 2 | GREY STONE | | | | 24 | | 48 | 33.200 | 36.600 |
| 17 | 1 | | | | | | 18 | 18 | 13.400 | 15.000 |
| 18 | 1 | | 8 | 7 | 8 | | | 23 | 13.800 | 15.200 |
| 19 | 1 | | | 2 | 1 | 9 | 8 | 20 | 13.400 | 15.100 |
| TOTAL | 13 | | 56 | 81 | 81 | 57 | 26 | 301 | 173.500 | 193.700 |

## ORDER SUMMARY
### GREY STONE

| | M | L | XL | XXL | 3X | TOT |
|---|---|---|---|---|---|---|
| ORDER QTY | 56 | 81 | 81 | 56 | 26 | 300 |
| PACKED QTY | 56 | 81 | 81 | 57 | 26 | 301 |
| DIFFERENCE | - | - | - | +1 | - | - |
| % | 100% | 100% | 100% | 102% | 100% | 100% |
| DIFFERENCE IN % | - | - | - | +2% | - | - |

CONTD.... 3



Signature & Date
For Rajpriya Exports

Manager

# PACKING LIST - 3

| Exporter/Manufacturer | Invoice No.& Date |
|---|---|
| RAJPRIYA EXPORTS<br>NO.2, J.G.NAGAR 1ST STREET<br>TIRUPUR-641 602<br>INDIA | RE/164 DATED 14.10.2006 |
| | Buyer's Order No.& Date<br>1041 |
| | Other Reference :<br>C6FK102 |

| Consignee | Buyer if other than Consignee |
|---|---|
| RYAN KENNY<br>1407, BRODWAY SUITE 1006<br>NEW YORK<br>NY 10018<br>U.S.A. | |

| Country of Origin | |
|---|---|
| INDIA | U.S.A. |

| Pre Carriage by<br>BY TRUCK | Place of Receipt by Pre Carrier |
|---|---|
| Vessel/Flight No. | Port of Loading<br>CHENNAI/BY AIR |
| Port of Discharge<br>NEW YORK | Final Destination<br>U.S.A. |

| CTN NOS. | TOTAL CRTNS | COLOUR | M | L | XL | XXL | 3X | TOTAL PCS | N.WT. KGS | G.WT. KGS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | S I Z E | | | | TOTAL WEIGHT | |
| 20 | 1 | | 56 | | | | | 56 | 10.300 | 11.800 |
| 21 | 1 | | | 56 | | | | 56 | 10.900 | 12.500 |
| 22 | 1 | | | | 56 | | | 56 | 12.000 | 13.600 |
| 23 | 1 | EGGSHELL | | | | 56 | | 56 | 11.500 | 13.100 |
| 24 | 1 | | 5 | | 11 | | 31 | 47 | 10.100 | 12.000 |
| 25 | 1 | | | 28 | 14 | | | 42 | 9.700 | 11.000 |
| TOTAL | 6 | | 61 | 84 | 81 | 56 | 31 | 313 | 64.500 | 74.100 |

## ORDER SUMMARY
### EGGSHELL

| | M | L | XL | XXL | 3X | TOT |
|---|---|---|---|---|---|---|
| ORDER QTY | 56 | 81 | 81 | 56 | 26 | 300 |
| PACKED QTY | 61 | 84 | 81 | 56 | 31 | 313 |
| DIFFERENCE | +5 | +3 | - | - | +5 | +13 |
| % | 109% | 104% | 100% | 100% | 119% | 104% |
| DIFFERENCE IN % | +9% | +4% | - | - | +19% | +4% |

CONTD... 4



Signature & Date
For Rajpriya Exports

Manager

# PACKING LIST - 4

| Exporter/Manufacturer | Invoice No.& Date |
| --- | --- |
| RAJPRIYA EXPORTS<br>NO.2, J.G.NAGAR 1ST STREET<br>TIRUPUR-641 602<br>INDIA | RE/104 DATED 14.10.2006 |
| | Buyer's Order No.& Date<br>1041 |
| | Other Reference :<br>C6FK102 |

| Consignee | Buyer if other than Consignee |
| --- | --- |
| RYAN KENNY<br>1407, BRODWAY SUITE 1006<br>NEW YORK<br>NY 10018<br>U.S.A. | |

| | Country of Origin | |
| --- | --- | --- |
| | INDIA | U.S.A. |

| Pre Carriage by<br>BY TRUCK | Place of Receipt by Pre Carrier | | |
| --- | --- | --- | --- |
| Vessel/Flight No. | Port of Loading<br>CHENNAI/BY AIR | | |
| Port of Discharge<br>NEW YORK | Final Destination<br>U.S.A. | | |

| CTN NOS. | TOTAL CRTNS | COLOUR | SIZE | | | | | TOTAL PCS | TOTAL WEIGHT | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | M | L | XL | XXL | 3X | | N.WT. KGS | G.WT. KGS |
| 26 | 1 | | 56 | | | | | 56 | 10.300 | 11.900 |
| 27 | 1 | | | 56 | | | | 56 | 10.900 | 12.500 |
| 28 | 1 | | | | 56 | | | 56 | 12.000 | 13.600 |
| 29 | 1 | LAVENDAR | | | | 52 | | 52 | 11.800 | 13.100 |
| 30 | 1 | | | | | 14 | 28 | 42 | 10.000 | 11.200 |
| 31 | 1 | | | 23 | 10 | | | 33 | 9.000 | 10.120 |
| TOTAL | 6 | | 56 | 79 | 80 | 52 | 28 | 295 | 63.700 | 72.420 |

## ORDER SUMMARY
### LAVENDER

| | M | L | XL | XXL | 3X | TOT |
| --- | --- | --- | --- | --- | --- | --- |
| ORDER QTY | 56 | 81 | 81 | 56 | 26 | 300 |
| PACKED QTY | 56 | 79 | 80 | 52 | 28 | 295 |
| DIFFERENCE | - | -2 | -1 | -4 | +2 | -5 |
| % | 100% | 100% | 100% | 100% | 108% | 98% |
| DIFFERENCE IN % | - | - | - | - | - | - |

CONTD... 5

Signature & Date
For Rajpriya Exports

Manager

# PACKING LIST - 5

| Exporter/Manufacturer | Invoice No.& Date |
|---|---|
| RAJPRIYA EXPORTS | RE/104 DATED 14.10.2006 |
| NO.2, J.G.NAGAR 1ST STREET | Buyer's Order No.& Date |
| TIRUPUR-641 602 | 1043 |
| INDIA | Other Reference : |
| | C6FK112 |

| Consignee | Buyer if other than Consignee |
|---|---|
| RYAN KENNY | |
| 1407, BRODWAY SUITE 1006 | |
| NEW-YORK | |
| NY 10018 | |
| U.S.A. | |

| Country of Origin | |
|---|---|
| INDIA | U.S.A. |

| Pre Carriage by | Place of Receipt by Pre Carrier |
|---|---|
| BY TRUCK | |
| Vessel/Flight No. | Port of Loading |
| | CHENNAI/BY AIR |
| Port of Discharge | Final Destination |
| NEW YORK | U.S.A. |

| CTN NOS. | TOTAL CRTNS | COLOUR | S | I | Z | E | | TOTAL PCS | TOTAL WEIGHT | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | M | L | XL | XXL | 3X | | N.WT. KGS | G.WT. KGS |
| 32 | 1 | | 56 | | | | | 56 | 10.300 | 11.900 |
| 33 | 1 | | | 56 | | | | 56 | 10.900 | 12.500 |
| 34 | 1 | | | | 56 | | | 56 | 12.000 | 13.600 |
| 35 | 1 | BLACK | | | | 56 | | 56 | 11.500 | 13.100 |
| 36 | 1 | | | | | | 27 | 27 | 8.500 | 10.000 |
| 37 | 1 | | | 25 | 24 | | | 49 | 10.000 | 11.200 |
| TOTAL | 6 | | 56 | 81 | 80 | 56 | 27 | 300 | 63.200 | 72.300 |

## ORDER SUMMARY
### BLACK

| | M | L | XL | XXL | 3X | TOT |
|---|---|---|---|---|---|---|
| ORDER QTY | 56 | 81 | 81 | 56 | 26 | 300 |
| PACKED QTY | 56 | 81 | 80 | 56 | 27 | 300 |
| DIFFERENCE | - | - | -1 | - | +1 | - |
| % | 100% | 100% | 99% | 100% | 103% | 100% |
| DIFFERENCE IN % | - | - | -1% | - | +3% | - |

CONTD... 6

Signature & Date
For Rajpriya Exports

Manager

# PACKING LIST - 6

| Exporter/Manufacturer<br>**RAJPRIYA EXPORTS**<br>**NO.2, J.G.NAGAR 1ST STREET**<br>**TIRUPUR-641 602**<br>**INDIA** | Invoice No.& Date<br>**RE/104 DATED 14.10.2006** |
|---|---|
| | Buyer's Order No.& Date<br>**1040** |
| | Other Reference :<br>**C6FK111** |

| Consignee<br><br>**RYAN KENNY**<br>**1407, BRODWAY SUITE 1006**<br>**NEW YORK**<br>**NY 10018**<br>**U.S.A.** | Buyer if other than Consignee |
|---|---|

| | Country of Origin<br><br>**INDIA** | **U.S.A.** |
|---|---|---|

| Pre Carriage by<br>**BY TRUCK** | Place of Receipt by Pre Carrier |
|---|---|
| Vessel/Flight No. | Port of Loading<br>**CHENNAI/BY AIR** |
| Port of Discharge<br>**NEW YORK** | Final Destination         **U.S.A.** |

| CTN NOS. | TOTAL CRTNS | COLOUR | \multicolumn{5}{c}{S I Z E} | TOTAL PCS | \multicolumn{2}{c}{TOTAL WEIGHT} |
|---|---|---|---|---|---|---|---|---|---|---|

| CTN NOS. | TOTAL CRTNS | COLOUR | M | L | XL | XXL | 3X | TOTAL PCS | N.WT. KGS | G.WT. KGS |
|---|---|---|---|---|---|---|---|---|---|---|
| 38 | 1 | | 56 | | | | | 56 | 10.300 | 11.900 |
| 39 | 1 | | | 56 | | | | 56 | 10.900 | 12.500 |
| 40 | 1 | | | | 56 | | | 56 | 12.000 | 13.600 |
| 41 | 1 | EGGSHELL | | | | 56 | | 56 | 11.500 | 13.100 |
| 42 | 1 | | | | | | 26 | 26 | 8.000 | 9.000 |
| 43 | 1 | | | 28 | 25 | | | 53 | 10.700 | 12.500 |
| **TOTAL** | **6** | | 56 | 84 | 81 | 56 | 26 | 303 | 63.400 | 72.600 |

## ORDER SUMMARY
### EGGSHELL

| | M | L | XL | XXL | 3X | TOT |
|---|---|---|---|---|---|---|
| ORDER QTY | 56 | 81 | 81 | 56 | 26 | 300 |
| PACKED QTY | 56 | 84 | 81 | 56 | 26 | 303 |
| DIFFERENCE | - | +3 | - | - | - | +3 |
| % | 100% | 103% | 100% | 100% | 100% | 101% |
| DIFFERENCE IN % | - | +3% | - | - | - | +1% |

CONTD....7

For Rajpriya Exports

Manager

# PACKING LIST - 7

| Exporter/Manufacturer | Invoice No.& Date |
|---|---|
| RAJPRIYA EXPORTS | RE/104 DATED 14.10.2006 |
| NO.2, J.G.NAGAR,1ST STREET | **Buyer's Order No.& Date** |
| TIRUPUR-641 602 | 1038 |
| INDIA | **Other Reference :** |
| | C6FS804 |

| Consignee | Buyer if other than Consignee |
|---|---|
| RYAN KENNY | |
| 1407, BRODWAY SUITE 1006 | |
| NEW YORK | |
| NY 10018 | |
| U.S.A. | |

| Country of Origin | |
|---|---|
| INDIA | U.S.A. |

| Pre Carriage by | Place of Receipt by Pre Carrier | |
|---|---|---|
| BY TRUCK | | |
| **Vessel/Flight No.** | **Port of Loading** | |
| | CHENNAI/BY AIR | |
| **Port of Discharge** | **Final Destination** | |
| NEW YORK | U.S.A. | |

| CTN NOS. | TOTAL CRTNS | COLOUR | M | L | XL | XXL | 3X | TOTAL PCS | N.WT. KGS | G.WT. KGS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | S I Z E | | | | TOTAL WEIGHT | |
| 44 | 1 | | 24 | | | | | 24 | 11.200 | 12.900 |
| 44 TO 46 | 2 | | | 24 | | | | 48 | 24.200 | 27.600 |
| 47 TO 48 | 2 | GREY STONE | | | 24 | | | 48 | 25.600 | 29.000 |
| 49 TO 50 | 2 | | | | | 24 | | 48 | 27.200 | 30.600 |
| 51 | 1 | | 7 | 7 | 4 | | 1 | 19 | 10.100 | 11.800 |
| SHADE 2 | | | | | | | | | | |
| 52 | 1 | | 5 | | 17 | | | 22 | 11.100 | 12.800 |
| 53 | | | | | | | 21 | 21 | 12.100 | 13.800 |
| TOTAL | 6 | | 36 | 55 | 69 | 48 | 22 | 230 | 121.500 | 138.500 |

## ORDER SUMMARY
### GREYSTONE

| | M | L | XL | XXL | 3X | TOT |
|---|---|---|---|---|---|---|
| ORDER QTY | 56 | 81 | 81 | 56 | 26 | 300 |
| PACKED QTY | 36 | 55 | 69 | 48 | 22 | 230 |
| DIFFERENCE | -20 | -26 | -12 | -8 | -4 | -70 |
| % | 65% | 68% | 85% | 86% | 85% | 77% |
| DIFFERENCE IN % | -35% | -32% | -15% | -14% | -15% | -23% |

### GRAND TOTAL

| | | |
|---|---|---|
| TOTAL NO.OF CRTNS | : | 53 |
| TOTAL QUANTITY | : | 2,042 PIECES |
| TOTAL N.WT. | : | 609.300 KGS |
| TOTAL G.WT. | : | 892.720 KGS |

For Rajpriya Exports

Signature & Date

Manager

# RAJPRIYA EXPORTS
Hosiery Manufacturers & Exporters

No. 1, J G, NAGAR, 1st STREET,
KUMARANANDAPURAM    TIRUPUR - 641 602.

Phone : 2479966, 2471859, 4933223
Fax : 005 - 0421 - 2478314, 2478067
E-mail : rajpriyatup@touchielandia.net
www.rajpriyaexports.com

Date. ...............

## SINGLE/MULTI COUNTRY DECLARATION

I, R.S.GOPAL of RAJPRIYA EXPORTS declare that Articles listed below and covered by the
invoices or entry to which this declaration relates are wholly the growth product or manufacture of
a Single Foreign Territory or of the U.S. of and/or the Single Foreign Territory of country, or insular
possession of the U.S. as identified below. I declare that this information is correct and true to the
best of my information, knowledge and belief.

A............................................    INDIA.....................    COUNTRY

B............................................    INDIA.....................    COUNTRY

C............................................    INDIA.....................    COUNTRY

D............................................    INDIA.....................    COUNTRY

For Rajpriya Exports

Manager

1/2/0 TNGST. No. 2304709
SSI No. 18-04-24979 / Dt. 30-6-93

★  CST. No. 327832 / Dt. 10-01-91
★  AEPC No. TNAF / SR / 91041 / 92 / Dt. 26-11-92

★  RBI CODE No. MR 691 7022DT. 30-5-91
★  IE No. 3292005728 / Dt. 16-9-92

| 1. Goods consigned from (Exporter's business name, address, country): |
|---|

M/S.RAJPRIYA EXPORTS
NO.2,J.G.NAGAR 1ST STREET
TIRUPUR-641602
INDIA

Certificate No.: 137733

## CERTIFICATE OF ORIGIN
### (NON PREFERENTIAL)
(Combined declaration and certificate)
(Issued in India)

## TEXTILES COMMITTEE
(Government of India, Ministry of Textiles)

### HEAD OFFICE
P. Balu Road, Prabhadevi, Mumbai-400 025.
Tel. No. 91-22-56527500 Fax : 91-22-56527611
Website : www.textilescommittee.gov.in

| 2. Goods consigned to (Consignee's name, address, country) |
|---|

RYAN KENNY
1407, BRODWAY SUITE 1006
NEW YORK
NY 10018
U.S.A.

4. For Official use

3. Means of transport and route (as far as known) :

BY AIR

| 5. Item number | 6. Marks and Nos. of Packages | 7. Number and kind of Packages, description of goods | 8. Origin Criteria | 9. Gross weight or other quantity | 10. No. & date of invoices |
|---|---|---|---|---|---|
| | PO.NO. STYLE NO. COLOUR | FIFTY THREE CARTONS CONTAINING: | | | |
| 1. | QNTY SIZE | 100% COTTON KNITTED MENS T.SHIRT | INDIAN ORIGIN | 1,511 PIECES | RE/104 DATED 14.10.2006 |
| 2. | CTN NOS. 1 TO 53 | 100% COTTON KNITTED MENS FLEECE JACKET | INDIAN ORIGIN | 230 PIECES | ~do~ |
| 3. | | 100% COTTON KNITTED MENS FLEECE PANT | INDIAN ORIGIN | 301 PIECES | ~do~ |

-x-x-x-x-x-x- -x-x-x-x-x-x-x-x-x- -x-x-x-x-x- -x-x-x-x- -x-x-x-x-x-

11. Certification :
It is hereby certified, on the basis of control carried out, that the declaration by the exporter is correct.

H.S Gurumurthy

H.S. GURUMURTHY
ASST ........... PROMS.A.

2 5 OCT 2006

Regional Office of the
Textiles Committee
Government of India
Ministry of Textiles,
205, B. S. Sundaram Road,
TIRUPUR-641 601 (India)

Place & Date    Signature and stamp of authorized signatory

12. Declaration by the Exporters :
The undersigned hereby declares that the above details and statements are correct; that all the goods were produced in India and that they comply with the origin requirements for exports to

.......... (Importing Country)

For Rajpriya Exports

Manager

TIRUPUR/25.10.2006
Place & date    Signature and stamp of authorized signatory

**EUGENE J. McDONALD, ESQ.**
**170 Broad Street**
**Matawan, NJ 07747**
**Tele: 732 583 8485**
**Attorney for PL Shipping & Logistics Ltd.**



## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - x

PL SHIPPING & LOGISTICS LTD.

      Plaintiff,

      v.

H.J.M INTERNATIONAL INC. and BANK
OF AMERICA and AFFORDABLE
LUXURY RYAN KENNY

      Defendants

- - - - - - - - - - - - - - - - - - - - - - - x

JUDGE STEIN

07 CV 2818

DOCKET NO.

VERIFIED COMPLAINT

Plaintiff, PL SHIPPING AND LOGISTICS LTD. hereinafter referred to as PL

SHIPPING, by its attorney, EUGENE J. McDONALD, ESQ., alleges upon information

and belief, as follows:

1.    All and singular the following premises are true and constitute an

admiralty or maritime claim within the meaning of Rul4 9 (h) of the Federal Rules of

Civil Procedure and within the admiralty and maritime jurisdiction of the United States

and of this Honorable Court. Also, inasmuch as the within action is governed by

federal common law, it involves a federal question, and this Court has jurisdiction

pursuant to 28 U.S.C. §1331.

2.      PL SHIPPING is a foreign company organized and existing under the laws of India. Although PL SHIPPING does not have an office within the Southern District of New York, it does, on a regular basis, conduct business within the Southern District and for that matter the metropolitan New York area.

3.      The Defendant, H.J.M. INTERNATIONAL, INC., hereinafter referred to as H.J.M., at and during all the times hereinafter mentioned, had and now have the legal status and office and place of business at 53-39 Rockaway Boulevard, Jamaica, New York 11434, and was and now is engaged in business as common carriers of merchandise by water for hire, and owned, operated, managed, chartered and/or otherwise controlled the vessel above named as common carriers of merchandise by water for hire.

4.      The Defendant, BANK OF AMERICA, hereinafter referred to as BANK, at and during all the times hereinafter mentioned, had and now have the legal status as and international banking concern with branches throughout the world including the Southern District,  and which in this instance had and now have a branch located at 8755 Rosewell Road, Atlanta, Georgia 30350.

5       The Defendant, H.J.M. INTERNATIONAL, INC., hereinafter referred to as H.J.M., at and during all the times hereinafter mentioned, had and now have the legal status and office and place of business at 53-39 Rockaway Boulevard, Jamaica, New York 11434, and was and now is engaged in business as common carriers of merchandise by water for hire, and owned, operated, managed, chartered and/or otherwise controlled the vessel as common carriers of merchandise by water for hire.

2

6.    The Defendant, AFFORDABLE LUXURY RYAN KENNY, hereinafter referred to as AFFORDABLE, at and during all the times hereinafter mentioned, had and now have the legal status and office and place of business at 1407 Broadway, New York, New York 10018.

7.    This Court has personal jurisdiction over the Defendants and venue is proper reason of Defendants' regular and systematic contacts with the State of New York.

8.    On or about March 19th, 2006, shipped on board and on March 22nd, 2006 shipped on board by PL SHIPPING from the Port of Tuticorin, India, to be transported to the Port of New York, U.S.A., 100% cotton knitted mens S/S polo shirts, hereinafter referred to as POLO SHIRTS, then being in good order and condition, and in consideration of certain agreed freight charges thereupon paid or agreed to be paid, said shipments of polo shirts arrived at the port of destination, the Port of New York.

9.    Defendant, AFFORDABLE, requested, purchased and received polo shirts from Plaintiff, PL SHIPPING. Defendant, AFFORDABLE, ordered the POLO SHIRTS from Plaintiff, PL SHIPPING, but has not paid for the POLO SHIRTS it received.

10.    Defendant, H.J.M., delivered Plaintiff PL SHIPPING's POLO SHIRTS from the Port of Tuticorin to the Port of New York where it and Defendant AFFORDABLE received the POLO SHIRTS. Defendant, H.J.M. improperly, wrongfully and negligently discharged Plaintiff's POLO SHIRTS to Defendant AFFORDABLE in the Port of New York without proper documentation.

3

11.    Defendant, BANK, improperly released documents to Defendant AFFORDABLE which allowed Defendant AFFORDABLE to present said documents to Defendant H.J.M. and thereby obtain Plaintiff's POLO SHIRTS without paying for them.

12.    Prior to Defendant AFFORDABLE receiving Plaintiff PL SHIPPING's POLO SHIRTS, Defendant BANK agreed and was legally obligated to debit Defendant AFFORDABLE's account for the cost of the POLO SHIRTS, pay Plaintiff PL SHIPPING and then "endorse" the Bill of Lading and Invoice which would allow Defendant H.J.M. to release the POLO SHIRTS to Defendant AFFORDABLE upon Defendant AFFORDABLE's presentation of the endorsed Bill of Lading and Invoice to Defendant H.J.M.. That did not happen. Upon Defendant BANK's receipt of the documents, i.e., Bill of Lading and Invoice and ancillary papers, it, Defendant BANK, improperly, wrongfully and negligently released the Bill of Lading and ancillary papers without endorsement and delivered said papers to the Defendant, AFFORDABLE. Defendant H.J.M. improperly, wrongfully and negligently, without legal and properly endorsed Bill of Lading and Invoice, improperly, wrongfully and negligently released Plaintiff's POLO SHIRTS to Defendant AFFORDABLE without Defendant AFFORDABLE paying for the POLO SHIRTS.

13.    Plaintiff PL SHIPPING was the shipper, consignee and/or owner of the POLO SHIRTS and brings this action on its own behalf and as agent or trustee on behalf of and for the interest of all parties who may be or become interested in the said POLO

4

SHIRTS, as their respective interests may ultimately appear, and Plaintiff PL SHIPPING

is entitled to maintain this action.

14.    By reason of the premises, Plaintiff PL SHIPPING has sustained damages

as nearly as the same can now be estimated, no part of which has been paid although

duly demanded, in the sum of U.S. $44,157.92 plus freight.

WHEREFORE, Plaintiff prays:

1.    That process in due form of law may issue against Defendants citing them

to appear and answer all and singular the matters aforesaid;

2.    That if Defendants cannot be found within this District, then all of their

property within this District shall be attached in the sum of U.S. $44,157.92 with interest

thereon and costs, the sum sued for in this Complaint;

3.    That Judgment may be entered in favor of Plaintiff against Defendants,

jointly and severally, in the sum of U.S. $44,157.92, together with interest, costs and

counsel fees as allowed by law.

Dated:  April 6, 2007

Eugene J. McDonald, Esq. (EJMcD -0882)
170 Broad Street
Matawan, NJ 07747
Attorney for Plaintiff
PL Shipping, LTD
732 583 8485

5

STATE OF NEW JERSEY          )
                                    : ss.:
COUNTY OF MONMOUTH           )

EUGENE J. McDONALD, ESQ., being duly sworn, deposes and says:

1.     I am admitted to practice before the Courts of the State(s) of New York, New Jersey, Pennsylvania and Florida and admitted to practice before this Honorable Court.

2.     I have read the foregoing verified complaint and know the contents thereof, and that the same is true to the best of my knowledge, information and belief.

3.     That the source of my information and the grounds for my belief as to all matters are documents and correspondence relating to the matter in suit in my possession forwarded to me by Plaintiff.

4.     That the reason this verification is made by me and not by Plaintiff, PL Shipping & Logistics Ltd., is that said plaintiff is a corporation and/or other business entity, none of whose officers or directors are presently with in this District.

_____
Eugene J. McDonald, Esq.

Sworn to before me this
6th day of April, 2007

_____
Linda M. McDonald, Notary Public

LINDA M. McDONALD
NOTARY PUBLIC OF NEW JERSEY
I.D No. 2197485
Commission Expires 3/18/2012

6

Shipper (Exporter Name and Address)
PL SHIPPING & LOGISTICS LTD.,
20/99/3, ROCHE COLONY,
IIIRD STREET,
TUTICORIN - 628 001.

Consignee (Consignee name and address/non-negotiable unless consigned to order)
H.J.M. INTERNATIONAL INC.
53-39 ROCKAWAY BLVD.,
JAMAICA NY 11434
TEL:718-276-5344 FAX:718-276-4431

Notify party (Claimant/s Mailing Address)
H.J.M. INTERNATIONAL INC.
53-39 ROCKAWAY BLVD.,
JAMAICA NY 11434
TEL:718-276-5344 FAX:718-276-4431

05927

# MOTHER LINES Inc.

**COMBINED TRANSPORT BILL OF LADING**

Received the goods in apparent good order and condition as specified below, according to the Buyer's declaration - unless otherwise stated hereon weight, measure, marks, numbers, quality contents ...

The Contract ... subject to the exceptions, limitations, conditions ... discharge and on-carriage and on-carriage) set out in the Carrier's ... to the voyage covered by this Bill of Lading And c ... tions include incorporation of Hague Rules/Hague ... dition as to carrier's responsibility for Cargo, in thr ... e Hague-Visby Rules contained in the Protocol of V... ove-mentioned Convention, are made mandatory under the law applicable.

| PRE CARRIAGE BY | PLACE OR PLACE OF RECEIPT |
|---|---|
| | TUTICORIN |

| Ocean Vessel | Voy No. | Port of Loading |
|---|---|---|
| MAERSK ABERDEEN V.0614 | | TUTICORIN |

| Port of Discharge | Place of Delivery (By on Carrier) |
|---|---|
| NEW YORK | NEW YORK |

For Delivery please apply to

MOTHER LINES INC (NEW YORK)
11, SUNRISE PLAZA, SUITE-301,
VALLEY STREAM, NY 11580
TEL:516 256 7575

| Type of move | Final Destination (for the Merchant's reference only) |
|---|---|
| | |

| Container No. | Seal No : Marks and Numbers | No. of Contain ners or Pkgs | Kind of packages description of goods | Total Gross wt.gm | Total Measurement |
|---|---|---|---|---|---|
| PO#<br>STYLE#<br>CTN NO:1-88 | | 88 CTNS (Eighty Eight Only) | 100%COTTON KNITTED MENS S/S PULL<br>OPEN SHIRTS, S/S CREW NECK T.SHIRT &<br>MENS S/S POLO SHIRT | GR.WT./KGS<br>932.200 | |
| | | | CONTAINER NO : CSQU 311829-8(1*20 Ft)(LCL/LCL)<br>SEAL NO : 00943870<br>INV NO : AKW#60/15.03.2006 | TOTAL CBM | 5.100 |
| | | | "FREIGHT COLLECT"<br>S.B.No:6051658/21.03.2006 . | | |

| Total No. of Containers or Packages (in words) | Eighty Eight only |
|---|---|

| Freight and Charges | Rated As | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| ** QUANTITY / QUALITY AS PER SHIPPER'S DECLARATION.<br>   CARRIER NOT RESPONSIBLE FOR PACKING OF CARGO. **<br>** DESTINATION THC/LCL CHARGES PORT CHARGES/DDC PAYABLE AT DESTINATION AS PER TARIFF | | | | | |

| Ex Rate | Prepaid at | Payable at | Place and date of issue |
|---|---|---|---|
| | | DESTINATION | TUTICORIN (21/03/2006) |
| | Total prepaid in local currency | No. of original B/s/L | B/L No |
| | | ONE (1) | TUT/NYC/1609 |

| Date | Laden on board the Vessel |
|---|---|
| 2 1 MAR 2006 | |

ORIGINAL

By ............................
MOTHER LINES INC.

MOTHER LINES INC
as Carrier

By ............................
as Agent for the Carrier
CARGOMAR PVT. LTD.,
(AS AGENTS ONLY OF CARRIER)

020012

Container / Shipper

ABILL KNIT WEARSS
42, SADAYAPPAN KOIL STREET VALIPALAYAM TIRUPUR
641 601 INDIA

Consignee (or order)

BANK OF AMERICA
C/O RICK MILLER 8755 ROSEWELL ROAD
ATLANTA GA 30350
PHONE :770 594 6860 FAX:770 594 6865

Notify address

AFFORDABLE LUXURY RYAN KENNY
1407, BROADWAY SUITE 1006 , NY 10018
NEWYORK USA TEL: 212 - 871 - 0040

| Place of acceptance | Port of loading | Date of acceptance |
|---|---|---|
| TUTICORIN | TUTICORIN | |

| Not of discharge | Place of Delivery | Date / Period of delivery |
|---|---|---|
| NEW YORK | NEW YORK / USA | |

BL/MTO Number                    1UT000583

Shipment reference No.

**PAN GLOBAL LINES**

**P**

## PL SHIPPING & LOGISTICS LTD.

37, Dr.P.V. Cheran Crescent, Egmore, Chennai - 600 008, India.
Tel. :+91 - 44 - 2527 1201 / 2524 2703  Fax : +91 - 44 - 2527 1147

(Reg. No. MTO / DGS / 307 / 2003)

Taken in charge in apparently good condition herein at the place of acceptance transport and delivery as MTO in accordance with the perform or to procure the place at which the goods delivery and assumes resp...

Once the MTO(s) must be good in witness whereof of been signed at the number the other(s) to be void.

| Modes / means of transport | Route / Place of transhipment (if any) |
|---|---|
| BUDI AMAN V 016E | |

| Container No(s). | Marks and numbers | Number of packages, kinds of Packages, general description of goods | Gross weight. | Measurement |
|---|---|---|---|---|
| Container No.: | 84 | SAID TO CONTAIN | SAID TO WEIGH / MEASURE | |
| HLXU 640043 3 / 40 HC" | Cartons | SAID TO CONTAIN | SAID TO WEIGH / MEASURE | |
| Seal No. : | | (EIGHTY FOUR CARTONS ONLY) | | |
| 00943866 | | | | |
| | | 100% COTTON KNITTED MENS S/S POLO SHIRTS | 942.100 Kgs | 5.000 CBM |
| CARTON NOS : 01-36 ; 01-48 | | | | |
| PO NO : 1119 & 1120 | | INV NO : AKW 59 / 2005-06 | | |
| STYLE NO : STK116 & STK122 | | SB NO : 6051051 DTD:17.03.2006 | | |
| | | NET WT: 784.100 KGS | | |
| | | CAT : US 338 | | |
| LCL / LCL | | | | |
| | | HS CODE: 6105 1000 | | |
| **LCL / LCL** | | *** FREIGHT COLLECT *** | | |
| | | FREIGHT COLLECT | | |

19 MAR 2006

AS AGENT

| Freight amount | Freight payable at | Number of Original MTO (s) | Place and date of issue |
|---|---|---|---|
| To Collect | Destination | THREE (3) | TUTICORIN 17-03-2006 |

For Delivery Contact

H.J.M. INTERNATIONAL INC.,
153-39 ROCKAWAY BLVD.JAMAICA NY 11434 U.S.A.

PHONE : 718 276-5344

For PL SHIPPING & LOGISTICS LTD

Authorised Signatory

(TERMS CONTINUED ON BACK HEREOF)