**Bank of America**

### **MEMO**

July 27, 2007

To:   Gus Despotakis

From: Ted Georgiades

Gus,

Per our phone discussion, attached is the copy of the documents provided by ABN Amro for the $44,157.90 transaction.

Please contact me if you have any questions.

Regards,

Ted Georgiades, VP
Bank of America
Global Trade Operations

enclosures

# SCHEDULE FOR COLLECTION BILLS

Date: 06-04-2006 6:34 PM

Mail To : **BANK OF AMERICA**
C/O RICK MILLER,
8755 ROSWELL ROAD,
GA 30350,
ATLANTA
USA

Date : 06-04-2006
Reference : C400501/2006
( Please always quote
our reference in your reply

**Dear Sirs,**
Please collect the enclosed bill in accordance with the instructions indicated

Drawer : 8600171
**AHILL KNIT WEARSS**
42 SADAYAPPAN KOIL STREET
TIRUPUR 641601
INDIA

Drawee: **AFFORDABLE LUXURY RYAN KENNY**
1407 BROADWAY, SUITE 1006, NEW YORK,
NY 10018, USA.

Bill Amt: **USD  44,157.90**

Tenor :    45   days   D/A
AFTER SIGHT

Deliver documents against acceptance of draft.
Particulars of shipment :
    COTTON SHIRTS

| | | | |
|---|---|---|---|
| under H.A.W.B./BL No: TUT000585 | MAWB No.: | | |
| Issued by         : PAN GLOBAL LINES | From: TUTICORIN | | To: NEW YORK |
| Dt of Shipment    : 22-03-2006 | Per S.S.: MAERSK ABERDIN | | |

---

Docs  : Draft  Invoice  B/L  No Packing
                              List
Attach:   2     4/4    3/3    4/4

---

**Please act in accordance with the Instructions marked (X)**

(X)  Acknowledge receipt of the documents  and parcel by air mail

( )  Advice us by cable should the parcel not be received by you within reasonable time or should
     it be held up by the customer/postal authorities for any reason for whatsoever.

(X)  Advice / confirm due date by Swift/Telex/airmail when accepted

(X)  If not paid/accepted within three days of first presentation advise us immediately by air mail
     / cable giving reasons.
     Remit by Swift/telex. Chips transfer to our Account No     661001007341

(X)  With ABN AMRO BANK N.V.,, 335 MADISON AVENUE,, NEW YORK
     quoting our Ref No.  C400501/2006 instructing them to  **advise us by telex**  the net amount credited
     to our Account .

(X)  Collect both the cable charges from the drawee,waive if refused.

(X)  All your charges to be collected from the drawees, waive if refused.

( )  Collect from drawee our charges (1) Postage:        (2) Commission:      %(3) Cable:

( )  Collect Overdue Interest @        % p.a. from the first presentation till the date of payment.

( )  Parcel should  not be inspected unless prior approval is obtained from us.

(X)  Invoice No. : AKW-60/05-06                              GRI Form No.   Date
                                                             Various        Various

( )  In this connection please refer to our Telex SWIFT dated

( )  This bill is drawn under L/C  No.           Dated 06-04-2006      **Opened by**


Special Instructions :
 Subject to Uniform rules for Collection (1995 Revision) I.C.C Publication No. URC-522
 Enclosures : INV AKW-60/05-06, AKW-59/05-06 DTD 15/03/2006

**Ahill KNIT WEARSS**
42, SADAYAPPAN KOIL STREET,
TIRUPUR -641 601. INDIA

AEPC No. : REG/SR/MAF/203857/05
IE CODE No. : 3205010167
TNGST No. : 2403515
CST No. : 334486 Dt : 09-08-2005
AREA CODE: 1 2 5

Phone : 91 - 421 - 2202141
        : 91 - 421 - 2201853
        : 91 - 421 - 2203169
Fax   : 91 - 421 - 2206599
E-mail : ahill@ahillknits.co
        : shipping@ahillkni

## BILL OF EXCHANGE

No. AKW-059                                               Dt. 13.03.2006

Exchange for : USD 44157.90

AT 45 DAYS AFTER SIGHT FIRST Bill of exchange (SECOND Being the same tenor and date unpaid) to the order of ABN AMBRO BANK N.V. GLOBAL TRADE CENTRE, NO: 48, KANGAYAM ROAD, TIRUPUR-641 604, India . The sum of USD 44157.90 (U.S. DOLLARS FORTY FOUR THOUSAND ONE HUNDRED FIFTY SEVEN AND CENTS NINETY ONLY) Being the value received against the shipment of cargo covered by Our Invoice No. AKW-059, AKW-060 Bill of Lading No: TUT/000583 Dt: 19.03.2006 & TUT/000585 Dt: 22.03.2006.

TO
AFFORDABLE LUXURY RYAN KENNY,
1407 BROADWAY,
SUITE 1006,
NEW YORK, NY 10018,
USA.

ACCOUNT OF
BANK OF AMERICA
C/O RICK MILLER,
8755 ROSWELL ROAD,
ATLANTA, GA 30350.
USA.

For AHILL KNIT WEARSS

PARTNER.

Factory : 289 / 113, B.S. Sundaram Road, S.R.C. Mill Compound, TIRUPUR - 641 601. Ph : 91- 421 - 2227110, 22263

# COMMERCIAL INVOICE

| Exporter | Invoice No. & Date | Exporter's ref No. |
|---|---|---|
| **AHILL KNIT WEARSS**<br>42, SADAYAPPAN KOIL STREET,<br>TIRUPUR - 641 601.   INDIA.<br>PH: 91-421-2202141, 2201853<br>2203169   FAX: 91-421-2206599 | AKW-60/05-06 Dt.15/03/06 | 3205010167 |
|  | Buyer's order No & Date   PO #: 1121,1122,1120 | |
|  | Other Reference(s)  STYLE #: STK117,STK118,STK122 | |

| Consignee | Buyer (If Other than Consignee) |
|---|---|
| AFFORDABLE LUXURY RYAN KENNY<br>1407, BROADWAY<br>SUITE 1006, NEW YORK<br>NY 10018.   USA<br>(212) 871-0040 | |

| Country of Origin of Goods | Country of Final Destination |
|---|---|
| INDIA | USA |

| Pre-Carriage By | Place of receipt by pre-carrier | Terms of Delivery and Payment |
|---|---|---|
|  |  | FOB BY SEA<br>AT 45 DAYS AFTER SIGHT |
| Vessal/Flight No<br>SEA | Port of Loading<br>TUTICORIN | |
| Port of Discharge<br>NEW YORK | Final Destination<br>USA | |

| Marks & No.<br>Container No. | No &<br>Kind Of Pkgs<br>88 CTNS | Description of Goods | Quantity<br>PCS | Price<br>FOB IN<br>USD | Amount<br>FOB IN<br>USD |
|---|---|---|---|---|---|
| PO #: 1121<br>1122,1120<br>STYLE # :<br>STK117<br>STK118<br>STK122<br>CTN #: 01-17,<br>01-66, 49-53<br>CTN DIMN :<br>24x14x8.5<br>INCHES | | 100% COTTN KNITTED MEN`S<br>S/S FULL OPEN SHIRTS<br>Cat : US 338 HS CODE : 6105 10 02<br>100% COTTON KNITTED MEN'S<br>S/S CREW NECK T-SHIRTS<br>Cat : US 338 HS CODE : 6109 10 02<br>100% COTTN KNITTED MEN`S<br>S/S POLO SHIRTS<br>Cat : US 338 HS CODE : 6105 10 02 | 477<br><br><br>2649<br><br><br>150 | 7.4500<br><br><br>6.2000<br><br><br>7.2000 | 3553.65<br><br><br>16423.80<br><br><br>1080.00 |
| | | Total | 3276 | | 21057.45 |

THREE THOUSAND TWO HUNDRED SEVENTY-SIX PCS ONLY
Nt Wt.:778.000 KGS
Gr Wt.:932.200 KGS

| Amount Chargeable (in words)   FOB USD: TWENTY ONE THOUSAND FIFTY SEVEN AND CENTS FORTY FIVE  ONLY | Total | 21057.45 |
|---|---|---|

THIS EXPORT OBLIGATION MADE AGAINST
TOWARDS FULFILLMENT OF OUR EPCG
LICENCE NO: 3230000834/5/11/00
DATED: 21.08.2001.

*[Stamp: ABN AMRO BANK N.V. TIRUPUR BRANCH  C 40050 1  EXPORT BILLS]*

DECLARATION:
We Declare that this Invoice shows the actual Price of the
goods described and that all particulars are true and correct.

Signature & Date
For Ahill Knit-Wearss,

Manager.

# COMMERCIAL INVOICE

| Exporter | Invoice No. & Date | Exporter's ref No. |
|---|---|---|
| **AHILL KNIT WEARSS**<br>42, SADAYAPPAN KOIL STREET,<br>TIRUPUR - 641 601. INDIA.<br>PH: 91-421-2202141, 2201853<br>2203169  FAX: 91-421-2206599 | AKW-59/05-06 Dt.15/03/06 | 3205010167 |
|  | Buyer's order No & Date  PO #: 1119, 1120 | |
|  | Other Reference(s)  STYLE #: STK116, STK122, | |

| Consignee | Buyer (If Other than Consignee) |
|---|---|
| AFFORDABLE LUXURY RYAN KENNY<br>1407, BROADWAY<br>SUITE 1006, NEW YORK<br>NY 10018.  USA<br>(212) 871-0040 | |

| | | Country of Origin of Goods<br>INDIA | Country of Final Destination<br>USA |
|---|---|---|---|
| Pre-Carriage By | Place of receipt by pre-carrier | Terms of Delivery and Payment | |
| Vessal/Flight No<br>SEA | Port of Loading<br>TUTICORIN | FOB BY SEA<br>AT 45 DAYS AFTER SIGHT | |
| Port of Discharge<br>NEW YORK | Final Destination<br>USA | | |

| Marks & No.<br>Container No. | No & Kind Of Pkgs | Description of Goods | Quantity<br>PCS | Price<br>FOB IN USD | Amount<br>FOB IN USD |
|---|---|---|---|---|---|
| | 84 CTNS | | | | |
| PO # :<br>1119, 1120<br>STYLE # :<br>STK116, STK122<br>CTN #:01-36,<br>01-48<br>CTN DIMN :<br>24X16X8INCHES | | 100% COTTON KNITTED MEN'S<br>S/S POLO SHIRTS<br>Cat: US/338, HS CODE: 6105 1000<br>100% COTTON KNITTED MEN'S<br>S/S POLO SHIRTS<br>Cat: US/338, HS CODE: 6105 1000 | 1527<br><br><br>1692 | 7.1500<br><br><br>7.2000 | 10918.05<br><br><br>12182.40 |
| | | Total | 3219 | | 23100.45 |

THREE THOUSAND TWO HUNDRED NINETEEN PCS ONLY

Nt Wt.:784.100 KGS
Gr Wt.:942.100 KGS

| Amount Chargeable (in words)  FOB USD: TWENTY THREE THOUSAND ONE HUNDRED AND CENTS FORTY FIVE ONLY | Total | 23100.45 |
|---|---|---|

THIS EXPORT OBLIGATION MADE AGAINST
TOWARDS FULFILLMENT OF OUR EPCG
LICENCE NO: 3230000834/5/11/00
DATED: 21.08.2001.

*[Stamp: ABN AMRO BANK N.V. TIRUPUR BRANCH C 40050 EXPORT BILLS]*

For Ahill Knit-Wearss,

*[Signature]*

Manager.

DECLARATION:
We Declare that this Invoice shows the actual Price of the
goods described and that all particulars are true and correct

026072

# MTD - MULTIMODAL TRANSPORT DOCUMENT

| BL/MTD Number | TUT000583 |
|---|---|
| Shipment reference No. | |

**Consignor / Shipper**

AHILL KNIT WEARSS
42, SADAYAPPAN KOIL STREET VALIPALAYAM TIRUPUR
641 601 INDIA

**Consignee (or order)**

BANK OF AMERICA
C/O RICK MILLER 8755 ROSEWELL ROAD
ATLANTA GA 30350
PHONE:770 594 6860 FAX:770 594 6865

**Notify address**

AFFORDABLE LUXURY RYAN KENNY
1407, BROADWAY SUITE 1006, NY 10018
NEWYORK USA. TEL: 212 – 871 – 0040



**PAN GLOBAL LINES**

**PL SHIPPING & LOGISTICS LTD.**
37, Dr.P.V. Cherian Crescent, Egmore, Chennai - 600 008. India.
Tel. :+91 - 44 - 2527 1201 / 2524 2703 Fax : + 91 - 44 - 2527 1147

Reg. No. : MTO / DGS / 307 / 2003

Taken in charge inapparently good condition herein at the place of receipt for transport and delivery as mentioned above, unless otherwise stated. The MTO in accordance with the provisions contained in the MTD undertakes to perform or to procure the performance of the multimodal transport from the place at which the goods are taken in charge, to the place designated for delivery and assumes responsibility for such transport.

Once the MTD(s) must be surrendered, duly endorsed in exchange for the good in witness where of the original MTD all of this tenor and date have been signed in the number indicated below one of which being accomplished the other(s) to be void.

| Place of acceptance | Port of Loading | Date of acceptance |
|---|---|---|
| TUTICORIN | TUTICORIN | |

| Port of discharge | Place of Delivery | Date of Period of delivery | Modes / means of transport | Route / Place of transhipment (if any) |
|---|---|---|---|---|
| NEW YORK | NEW YORK / USA | | BUDI AMAN V 016E | |

| Container No(s). Marks and numbers | Number of packages, kinds of Packages, general description of goods | Gross weight. Measurement |
|---|---|---|
| Container No.: HLXU 640043-3 / 40 HC<br>Seal No.: 00343866<br><br>**CARTON NOS** : 01-36 ; 01-48<br><br>PO NO : 1119 & 1120<br>STYLE NO : STK116 & STK122<br><br>LCL / LCL<br><br>**LCL / LCL** | 84 Cartons<br><br>SAID TO CONTAIN<br>SAID TO CONTAIN<br>(EIGHTY FOUR CARTONS ONLY)<br><br>100% COTTON KNITTED MENS S/S POLO SHIRTS<br><br>INV NO : AKW-59 / 2005-06<br>SB NO : 6051051 DTD:17.03.2006<br>NET WT: 784.100 KGS<br>CAT : US 338<br><br>HS CODE: 6105 1000<br><br>*** FREIGHT COLLECT ***<br>FREIGHT COLLECT<br>Particulars above furnished by consignee / consignor | SAID TO WEIGHT / MEASURE<br>SAID TO WEIGH / MEASURE<br><br>942.100 Kgs    5.040 CBM<br><br><br>CERTIFIED TRUE NON-NEGOTIABLE COPY<br>For PL SHIPPING & LOGISTICS LTD.,<br><br>AS AGENTS |

COPY NON-NEGOTIABLE

| Freight amount | Freight payable at | Number of Original MTD (s) | Place and date of issue |
|---|---|---|---|
| To Collect | Destination | THREE (3) | TUTICORIN<br>17-03-2006 |





ABN AMRO BANK N.V.
TIRUPUR BRANCH
C 400501
EXPORT BILLS

**For Delivery Contact :**

H.J.M. INTERNATIONAL INC.,
153-39 ROCKAWAY BLVD. JAMAICA NY 11434 U.S.A

PHONE 718-276-5344

For PL SHIPPING & LOGISTICS LTD

ORIGINAL SIGNED BY.
R. RAGUNANTHAN
Authorised Signatory

(TERMS CONTINUED ON BACK HEREOF)

## MTD - MULTIMODAL TRANSPORT DOCUMENT

**BL/MTD Number:** TUT0002
**Shipment reference No.:**

**Consignor / Shipper**
AHILL KNIT WEARSS
42, SADAYAPPAN KOIL STREET VALIPALAYAM TIRUPUR
641 601 INDIA

**Consignee (or order)**
BANK OF AMERICA
C/O RICK MILLER 8755 ROSEWELL ROAD ATLANTA GA
30350 ATLANTA U.S.A
PHONE : 770 594 6860  FAX : 770 594 6865

**Notify address**
AFFORDABLE LUXURY RYAN KENNY
1407 BROADWAY,SUITE 1006 USA NEW YORK 10018
U.S.A TEL : 212 871 0040



**PAN GLOBAL LINES**
**PL SHIPPING & LOGISTICS LTD.**
37, Dr.P.V. Cherian Crescent, Egmore, Chennai - 600 008. India.
Tel. :+91 - 44 - 2527 1201 / 2524 2703  Fax : + 91 - 44 - 2527 1147
Reg. No. : MTO / DGS / 307 / 2003

Taken in charge inapparently good condition herein at the place of receipt for transport and delivery as mentioned above, unless otherwise stated. The MTO in accordance with the provisions contained in the MTD undertakes to perform or to procure the performance of the multimodal transport from the place at which the goods are taken in charge, to the place designated for delivery and assumes responsibility for such transport.

Once the MTD(s) must be surrendered, duly endorsed in exchange for the good in witness where of the original MTD all of this tenor and date have been signed in the number indicated below one of which being accomplished the other(s) to be void.

| Place of acceptance | Port of Loading | Date of acceptance |
|---|---|---|
| TUTICORIN | TUTICORIN | |

| Port of discharge | Place of Delivery | Date of Period of delivery | Modes / means of transport | Route / Place of transhipment (if any) |
|---|---|---|---|---|
| NEW YORK | NEW YORK / USA | | MAERSK ABEDIN V 614 | |

| Container No(s). | Marks and numbers | Number of packages, kinds of Packages, general description of goods | Gross weight. | Measurement |
|---|---|---|---|---|
| Container No: CSQU 311829-8 / 20' Seal No: 00943870 CARTON NOS : 01-17 ; 01-66 ; 49-53 PO NO : 1121 , 1122 & 1120 STYLE NO : STK 117 , STK 118 & STK 122 LCL / LCL | 88 Cartons | SAID TO CONTAIN (EIGHTY EIGHT CARTONS ONLY) 100% COTTON KNITTED MENS S/S FULL OPEN SHIRTS 100% COTTON KNITTED MENS S/S CREW NECK TSHIRTS 100% COTTON KNITTED MENS S/S POLO SHIRTS INV NO : AKW / 060 / 05-06 DTD: 15.03.2006 SB NO : 6051658 DTD:21.03.2006 NET WT: 778.000 KGS CAT : US 298 HS CODE: 61051002 | SAID TO WEIGHT / MEASURE 932.200 Kgs | 5.100 CBM |

**COPY** **NON-NEGOTIABLE** **FREIGHT COLLECT**

CERTIFIED TRUE NON-NEGOTIABLE COPY
For PL SHIPPING & LOGISTICS LTD.,
AS AGENTS

Particulars above furnished by consignee / consignor

| Freight amount | Freight payable at | Number of Original MTD (s) | Place and date of issue |
|---|---|---|---|
| To Collect | Destination | THREE (3) | TUTICORIN 21-03-2006 |

**For Delivery Contact:**
H.J.M. INTERNATIONAL INC.,
153-39 ROCKAWAY BLVD.JAMAICA NY 11434 U.S.A
PHONE  718-276-5344

ABN AMRO BANK N.V.
TIRUPUR BRANCH
C 4005011
EXPORT BILLS

For PL SHIPPING & LOGISTICS LTD
ORIGINAL SIGNED BY
R. RAGUNANTHAN
Authorised Signatory

(TERMS CONTINUED ON BACK HEREOF)