```
JUN-29-2007 15:06 From:BANK OF AMERICA    5703303904        To:919143237001        P.3/3
                                     5703303904
                             INCOMING SWIFT MESSAGE                  06/19/07

  SENDER         RECEIVER        MSG       COL         DOC TRACK                ERROR
  SWFT ADDRESS   SWFT ADDRESS    TYPE      ID            ID          STATUS     FOUND

  KFVI           COLS            499    00000000000000   00000004148279   LOG   NO


ABN AMRO BANK, CENTRALIZED TRD FIN
177 ANNA SALAI  3/FL
UNIT 307-309, RAHEJA TOWER
CHENNAI

:20 : TRANSACTION REFERENCE NUMBER
    : C400629/2006
    :
:79 : NARRATIVE
    : PAGE 2 OF 2
    : OUR REFERENCE    :C400501/2006
    : DRAWER           :AHILL KNIT WEARS
    : DRAWEE           :AFFORDABLE LUXURY RYAN KENNY
    : INV NO           :AKW-60/05-06, AKW-59/05-06
    : BILL AMOUNT      :USD44,157.90
    : PART AMOUNT PAID:USD10,325.5 (ON 24MAY06)
    : CONSIGNEE(B/L)   :BANK OF AMERICA C/O JENNIFER
    : CULVER
    : TNT AWB NO       :GD 707 501 164 WW
    : DELIVERED ON     :12TH APRIL 2006 AT 10.50 A.M.
    : IN THE HANDS OF C WESTLEY.
    : .
    : WE HAVE BEEN INFORMED BY THE DRAWER THAT DRAWEE
    : HAS ALREADY TAKEN DELIVERY OF GOODS UNDER THE
    : THREE COLLECTION BILLS.HOWEVER PAYMENT HAS NOT
    : BEEN RECEIVED FOR THE THREE BILLS EXCEPT FOR
    : THE THIRD BILL, WHERE PART PAYMENT HAS BEEN
    : RECEIVED.
    : .
    : PLEASE NOTE THAT CONSIGNEE IS YOUR GOOD BANK IN
    : ALL THE THREE CASES.SINCE THE DRAWEE HAS TAKEN
    : DELIVERY OF GOODS, TRUST YOU HAVE DELIVERED THE
    : DOCUMENTS TO THE DRAWEE.
    : .
    : REQUEST YOU TO EITHER MAKE PAYMENT FOR THE ABOVE
    : BILLS URGENTLY / RETURN THE DOCUMENTS TO US
    : IMMEDIATELY
    : .
    : REGARDS,
    : CENTRALISED TRADE FINANCE,CHENNAI
    : INDIA
    :
```

C