Constantine A. Despotakis (CD 4944)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendant
Bank of America, N.A.
3 Gannett Drive
White Plains, NY 10604
Tel.: (914) 323-7000

**ORIGINAL**

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PL SHIPPING & LOGISTICS LTD.,

                      Plaintiff,

                -against-

H.J.M. INTERNATIONAL INC. and BANK OF
AMERICA and AFFORDABLE LUXURY
RYAN KENNY and RYAN GLOVER and
RONALD PLATOVSKY and ABN AMRO
BANK,

                    Defendants.

------------------------------------------------------------x

07 CV 2818 (SHS)

NOTICE OF MOTION FOR
SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the annexed Statement of Undisputed Facts Pursuant

to Local Rule 56.1 dated August 16, 2007, the annexed Affidavit in Support of Motion for

Summary Judgment of Theodore Georgiades sworn to on August 14, 2007, the annexed

Affidavit in Support of Motion for Summary Judgment of Constantine A. Despotakis, Esq.

sworn to on August 16, 2007, the accompanying Memorandum of Law in Support of Motion for

Summary Judgment dated August 16, 2007, and all the prior proceedings herein, the defendant

Bank of America, N.A., sued herein under its common trade name of Bank of America, will

move in this Court before the Honorable Sidney H. Stein for an Order pursuant to Rule 56 of the

Federal Rules of Civil Procedure granting summary judgment in favor of defendant, Bank of

1612922.1

America, N.A., dismissing (i) the plaintiff's complaint, and (ii) all crossclaims of defendant

H.J.M. International, Inc., as against Bank of America, N.A. on the grounds that (1) plaintiff

lacks standing to bring or maintain this action;  (2) that as a matter of documented fact there is no

liability on the part of Bank of America, N.A.; and (3) that plaintiff puts forth no legally

cognizable or *prima facie* case in support of the claims set forth in the Second Cause of Action in

any event, and for such other, different and further relief as the Court in its discretion may deem

just and proper.


Dated: White Plains, New York
      August 16, 2007

                                  Yours, etc.

                                  WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN & DICKER LLP

                                  By:_____
                                  Constantine A. Despotakis (CD 4944)
                                  Attorney for Defendant
                                  BANK OF AMERICA, N.A.
                                  3 Gannett Drive
                                  White Plains, NY  10604
                                  Tel.: (914) 323-7000
                                  File No. 02503.00305


TO:    EUGENE J. MCDONALD, ESQ.
        Attorneys for Plaintiff,
        PL Shipping & Logistics Ltd.
        170 Broad Street
        Matawan, NJ 07747

        Patrick Michael DeCharles II, Esq.
        CICHANOWICZ, CALLAN, KEANE,
         VENGROW & TEXTOR
        Attorneys for Defendant
        H.J.M. International Inc.
        61 Broadway, Room 3000
        New York, NY 10006-2809

Affordable Luxury Ryan Kelly
Defendant *Pro Se*
1407 Broadway
New York, NY 10018

ABN Amro Bank
Defendant *Pro Se*
Centralized Trd Fin
177 Anna Salai, 3rd Fl.
Unit 307-309 Raheja Tower
Chennai, India

Ryan Glover
Defendant *Pro Se*
1407 Broadway
New York, NY 10018

Ronald Platovsky
Defendant *Pro Se*
1407 Broadway
New York, NY 10018

1612922.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                            ) ss.:
COUNTY OF WESTCHESTER    )

Geri Manno, being duly sworn, deposes and says:

I am not a party to the action, am over the age of 18 years of age and reside in Westchester County, New York.

On August 16, 2007, I served the within **Notice of Motion for Summary Judgment with supporting papers** by depositing a true copy thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following persons at the last known addresses set forth after each name:

EUGENE J. MCDONALD, ESQ.
Attorneys for Plaintiff,
PL Shipping & Logistics Ltd.
170 Broad Street
Matawan, NJ 07747

Patrick Michael DeCharles II, Esq.
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR
Attorneys for Defendant
H.J.M. International Inc.
61 Broadway, Room 3000
New York, NY 10006-2809

Affordable Luxury Ryan Kelly
Defendant *Pro Se*
1407 Broadway
New York, NY 10018

ABN Amro Bank
Defendant *Pro Se*
Centralized Trd Fin
177 Anna Salai, 3rd Fl.
Unit 307-309 Raheja Tower
Chennai, India

1666200.1

Ryan Glover
Defendant *Pro Se*
1407 Broadway
New York, NY 10018

Ronald Platovsky
Defendant *Pro Se*
1407 Broadway
New York, NY 10018

Geri Manno

Sworn to before me this
16th day of August, 2007

Notary Public

LAURA HANNA
Notary Public, State of New York
No. 01HA6035322
Qualified in Westchester County
Commission Expires December 27, 2009

1666200.1