```
SWIFT499 - FREE FORMAT MESSAGE
:TO  : RECEIVING PARTY SWIFT ADDRESS
 :   : KFVL
 :   : NYSW
 :   : S
 :   : USD
 :   : 000000000000.00
 :   :
 :   :
 :   : ABN AMRO BANK, CENTRALIZED TRD FIN
 :   : 177 ANNA SALAI  3/FL
 :   : UNIT 307-309, RAHEJA TOWER
 :   : CHENNAI
:20  : TRANSACTION REFERENCE NUMBER
 :   : 85864042SC
:21  : RELATED REFERENCE
 :   : C400501/2006
:79  : NARRATIVE
 :   : REYR REF NUMBERS ~~~~~~~~~~~~~~~~
 :   : ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 :   : ~~~~~~~~ ~~~ C400501/2006 FOR USD
 :   : 44157.90 - BALANCE DUE USD
 :   : 33832.40. PLEASE BE ADVISED THIS
 :   : MATTER IS PRESENTLY IN CIVIL
 :   : LITIGATION IN THE USA DISTRICT
 :   : COURT FOR THE SOUTHERN DISTRICT OF
 :   : NEW YORK. THE PLAINTIFF DESCRIBES
 :   : ITSELF AS PL SHIPPING AND LOGISTICS
 :   : LTD AGAINST H.J.M. INTERNATIONAL
 :   : INC. AND BANK OF AMERICA AND
 :   : AFFORDABLE LUXURY RYAN KENNY -
 :   : DOCKET NO. 07/CV28189SHS. THE
 :   : PLAINTIFFS ATTORNEY IS EUGENE J.
 :   : MCDONALD, 170 BROAD ST., MATAWAN,
 :   : NJ 07747. PLEASE CLARIFY YOUR
 :   : INTEREST IN THIS MATTER AND PLEASE
 :   : PROVIDE US WITH ALL COPIES OF THE
 :   : DOCUMENTS PURPORTEDLY PRESENTED BY
 :   : YOU TO BANK OF AMERICA. THANK YOU
 :   : AND REGARDS.
 :   :
```

*REDACTED AS TO UNRELATED TRANSACTIONS*

Sent 5-11                                          DRAFT

```
SWIFT499 - FREE FORMAT MESSAGE
:TO : RECEIVING PARTY SWIFT ADDRESS
:    : KFVL
:    : NYSW
:    : S
:    : USD
:    : 000000000000.00
:    :
:    :
:    : ABN AMRO BANK, CENTRALIZED TRD FIN
:    : 177 ANNA SALAI  3/FL
:    : UNIT 307-309, RAHEJA TOWER
:    : CHENNAI
:20  : TRANSACTION REFERENCE NUMBER
:    : 85864042SC
:21  : RELATED REFERENCE
:    : C400501/2006
:79  : NARRATIVE
:    : URGENT URGENT REYR ~~REDACTED~~
:    : ~~REDACTED~~
:    : ~~REDACTED~~ C400501/2006 FOR
:    : USD 44157.60 - BALANCE DUE
:    : 33832.40. PLEASE PROVIDE US WITH
:    : COPIES OF THESE DOCUMENTS. PLEASE
:    : SEND THEM VIA COURIER TO BANK OF
:    : AMERICA, GLOBAL TRADE OPERATIONS, 1
:    : FLEET WAY, SCRANTON, PA 18507 ATTN
:    : TED GEORGIADES. PLEASE CONFIRM YOUR
:    : ACTIONS PROVIDING US WITH THE
:    : TRACKING INFO. YOUR PROMPT
:    : ATTENTION TO THIS MATTER IS
:    : APPRECIATED. REGARDS DOCUMENTARY
:    : COLLECTION DEPT J CULVER
:    :
```

*[Handwritten annotation: REDACTED AS TO UNRELATED TRANSACTIONS]*

*[Handwritten: Sent 5-25]*

DRAFT

```
SWIFTM99 - FREE FORMAT MESSAGE
:TO : RECEIVING PARTY SWIFT ADDRESS
    : KFVL
    : NYSW
    : S
    : USD
    : 000000000000.00
    :
    :
    : ABN AMRO BANK, CENTRALIZED TRD FIN
    : 177 ANNA SALAI  3/FL
    : UNIT 307-309, RAHEJA TOWER
    : CHENNAI
:20 : TRANSACTION REFERENCE NUMBER
    : 85864042SC
:21 : RELATED REFERENCE
    : C400501/2006
:79 : NARRATIVE
    : URGENT URGENT ATTN MANAGER THIRD
    : REQUEST URGENT URGENT REYR REF
    : [redacted]
    : [redacted]
    : C400501/2006 FOR USD 44157.60 -
    : BALANCE DUE 33832.40. PLEASE
    : PROVIDE US WITH COPIES OF THESE
    : DOCUMENTS. PLEASE SEND THEM VIA
    : COURIER TO BANK OF AMERICA, GLOBAL
    : TRADE OPERATIONS, 1 FLEET WAY,
    : SCRANTON, PA 18507 ATTN TED
    : GEORGIADES. PLEASE CONFIRM YOUR
    : ACTIONS PROVIDING US WITH THE
    : TRACKING INFO. YOUR PROMPT
    : ATTENTION TO THIS MATTER IS
    : APPRECIATED. REGARDS DOCUMENTARY
    : COLLECTION DEPT J CULVER
```

*[Handwritten annotation: "REDACTED AS TO UNRELATED TRANSACTIONS"]*

*[Handwritten annotation: "sent 6-7"]*

DRAFT

RECEIVED TIME  JUN. 7.  1:40PM