JUN-29-2007 15:06 From:BANK OF AMERICA     5703303904          To:919143237001          P.3⁄3

5703303904

INCOMING SWIFT MESSAGE                    06/19/07

| SENDER<br>SWFT ADDRESS | RECEIVER<br>SWFT ADDRESS | MSG<br>TYPE | COL<br>ID | DOC TRACK<br>ID | STATUS | ERROR<br>FOUND |
|---|---|---|---|---|---|---|
| KFVI, | COLS | 499 | 00000000000000 | 00000004148279 | LOG | NO |

```
ABN AMRO BANK, CENTRALIZED TRD FIN
177 ANNA SALAI  3/FL
UNIT 307-309, RAHEJA TOWER
CHENNAI

:20 : TRANSACTION REFERENCE NUMBER
:   : C400629/2006
:   :
:79 : NARRATIVE
:   : PAGE 2 OF 2
:   : OUR REFERENCE    :C400501/2006
:   : DRAWER           :AHILL KNIT WEARS
:   : DRAWEE           :AFFORDABLE LUXURY RYAN KENNY
:   : INV NO           :AKW-60/05-06, AKW-59/05-06
:   : BILL AMOUNT      :USD44,157.90
:   : PART AMOUNT PAID:USD10,325.5 (ON 24MAY06)
:   : CONSIGNEE(B/L)   :BANK OF AMERICA C/O JENNIFER
:   : CULVER
:   : TNT AWB NO       :GD 707 501 164 WW
:   : DELIVERED ON     :12TH APRIL 2006 AT 10.50 A.M.
:   : IN THE HANDS OF C WESTLEY.
:   : .
:   : WE HAVE BEEN INFORMED BY THE DRAWER THAT DRAWEE
:   : HAS ALREADY TAKEN DELIVERY OF GOODS UNDER THE
:   : THREE COLLECTION BILLS.HOWEVER PAYMENT HAS NOT
:   : BEEN RECEIVED FOR THE THREE BILLS EXCEPT FOR
:   : THE THIRD BILL, WHERE PART PAYMENT HAS BEEN
:   : RECEIVED.
:   : .
:   : PLEASE NOTE THAT CONSIGNEE IS YOUR GOOD BANK IN
:   : ALL THE THREE CASES.SINCE THE DRAWEE HAS TAKEN
:   : DELIVERY OF GOODS, TRUST YOU HAVE DELIVERED THE
:   : DOCUMENTS TO THE DRAWEE.
:   : .
:   : REQUEST YOU TO EITHER MAKE PAYMENT FOR THE ABOVE
:   : BILLS URGENTLY / RETURN THE DOCUMENTS TO US
:   : IMMEDIATELY
:   : .
:   : REGARDS,
:   : CENTRALISED TRADE FINANCE,CHENNAI
:   : INDIA
:   :
```